## WEIL BROS.-LOESER COMPANY v. BUNZ.

[No. 12,808. Filed June 9, 1927. Rehearing denied October 6, 1927.]

From Union Circuit Court; *I. N. McCarty*, Special Judge.

Action between Weil Bros.-Loeser Company and John Bunz. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Florea, Broaddus & Clifton*, for appellant.
*Alexander, Bossert & Bossert*, for appellee.

PER CURIAM.—Judgment affirmed.

---

## KOSCIELNY ET AL. v. SIKORSKI.

[No. 12,702. Filed May 10, 1927. Rehearing denied October 11, 1927.]

From Noble Circuit Court; *Arthur F. Biggs*, Judge.

Action between Martin Koscielny and others and Rosa Sikorski. From the judgment rendered, the former appeal. *Affirmed.* By the court in banc.

*John W. Orndorf, Luke H. Wrigley* and *Glenn E. Thrapp*, for appellants.
*Redmond & Emerick* and *Fred L. Bodenhafer*, for appellee.

PER CURIAM.—Judgment affirmed.
Dausman, J., absent.

---

## MENTONE LUMBER COMPANY v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY.

[No. 12,888. Filed October 13, 1927.]

From Kosciusko Circuit Court; *Lemuel W. Royse*, Judge.

Action between the Mentone Lumber Company and the New York, Chicago and St. Louis Railroad Company. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*John A. Sloane, Everett E. Rasor* and *F. D. Roberts*, for appellant.
*Howard L. Townsend, Albert E. Thomas* and *E. J. Halberg*, for appellee.

PER CURIAM.—Affirmed.